UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Receipt # 286817

IN RE:  
ALEJANDRO HENRIQUEZ  
NANCY B HENRIQUEZ

CASE NO. 09-18545-BKC-AJC

FILED VIA MAIL ML

AUG - 2 2010

CHAPTER 13

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1.00 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 30 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

ALEJANDRO HENRIQUEZ  
NANCY B HENRIQUEZ  
8317 SW 84 TERR  
MIAMI, FL 33143

EDWARD FREIRE, ESQ.  
10647 N KENDALL DRIVE  
MIAMI, FL 33176

FARM CREDIT OF NO FLORIDA, ACA  
12300 NW US HWY 441  
ALACHUA, FL 32615

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   09-18545-BKC-AJC
ALEJANDRO HENRIQUEZ
NANCY B HENRIQUEZ

                                    CHAPTER 13


ALEJANDRO HENRIQUEZ
NANCY B HENRIQUEZ
8317 SW 84 TERR
MIAMI, FL 33143


EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176


FARM CREDIT OF NO FLORIDA, ACA--------S           1.00
12300 NW US HWY 441
ALACHUA, FL 32615

                                    UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 6
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130